FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 19 2017

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROHALIA LERON KNIGHT,

    Plaintiff

v.

UNITED PARCEL SERVICE, et al.,

    Defendants

CIVIL ACTION FILE NO.
1:17-CV-734-ODE-RGV

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Russell G. Vineyard filed March 24, 2017 [Doc. 5] ("R&R"). No objections have been filed.

In the R&R, Judge Vineyard recommends that Plaintiff's amended complaint be dismissed because it fails to state a claim under Title VII. In addition, he recommends that this action be dismissed for failure to comply with the Court's Order of March 6, 2017, for failure to file a timely complaint, and for failure to state a plausible claim.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Plaintiff's amended complaint is DISMISSED and this action is DISMISSED.

SO ORDERED, this __18__ day of April, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE